RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRENDA WEKSLER
Assistant Federal Public Defender
Nevada State Bar No. 8124
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702)388-6261/Fax

Attorney for JEREMY DARRELL JONES

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JEREMY DARRELL JONES,<br><br>        Defendant. | Case No. 2:15-cr-107-HDM-VCF<br><br>ORDER GRANTING<br>**STIPULATION TO CONTINUE**<br>**SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Phillip N. Smith, Jr., Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Brenda Weksler, Assistant Federal Public Defender, counsel for JEREMY DARRELL JONES, that the Sentencing Hearing currently scheduled on December 29, 2015, be vacated and continued to a date and time convenient to the Court, but no earlier than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.     Defense counsel needs additional time to obtain some records in preparation for sentencing.

2.     The defendant is in custody and agrees with the need for the continuance.

3.     The parties agree to the continuance.

1    This is the first request for a continuance of the sentencing hearing.

2    DATED this 3rd day of December, 2015.

3

4    RENE L. VALLADARES                    DANIEL G. BOGDEN
     Federal Public Defender               United States Attorney

5

6    By /s/ Brenda Weksler_____    By /s/ Phillip N. Smith, Jr._____.

7    BRENDA WEKSLER                        PHILLIP N. SMITH, JR.
     Assistant Federal Public Defender     Assistant United States Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. 2:15-cr-107-HDM-VCF** |
| Plaintiff, | **ORDER** |
| v. | |
| JEREMY DARRELL JONES, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Tuesday, December 29, 2015 at 8:30 a.m., be vacated and continued to __1/28/16__ at the hour of _8:30 a.m._ ~~XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX~~ in LV Courtroom (tbd) before Judge Howard D. McKibben.  IT IS SO ORDERED.

DATED this ___4th_____ day of December, 2015.

Howard D McKibben

_____

UNITED STATES DISTRICT JUDGE

3