# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:15-cr-00107-HDM-VCF |
| Plaintiff, | |
| vs. | ORDER |
| JEREMY DARRELL JONES, | |
| Defendant. | |

The government shall file a response to the defendant's objections to the PSR and sentencing memorandum (#39) no later than Thursday, March 17, 2016.

IT IS SO ORDERED.

DATED: This 16th day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE