UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:15-cr-00107-HDM-VCF |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| JEREMY DARRELL JONES, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The government shall file a response to the defendant's addendum to his sentencing memorandum (ECF No. 47) no later than Monday, August 22, 2016.

IT IS SO ORDERED.

DATED: This 16th day of August, 2016.

*/s/ Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE